UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO:

PAS CONSULTING GROUP, LLC,
a Florida Limited Liability Corporation,

    Plaintiff,

vs.

DYNAMIC INTERNATIONAL AIRWAYS, LLC,
f/k/a DYNAMIC AIRWAYS, LLC,
a Foreign Limited Liability Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, PAS CONSULTING GROUP, LLC, (hereinafter "Plaintiff"), sues Defendant, DYNAMIC INTERNATIONAL AIRWAYS, LLC, f/k/a DYNAMIC AIRWAYS, LLC (hereinafter "Defendant"), and alleges:

PARTIES

1. Plaintiff is a Florida corporation with its principal place of business located at 16780 Cypress Road, Sugarloaf Shores, FL 33042.

2. Defendant is a Foreign Limited Liability Company, registered to conduct business in the state of Florida, with a principal address of 701 N Terminal Road, Greensboro, NC 27409, and is otherwise *sui juris*.

JURISDICTION AND VENUE

3. The Court has proper jurisdiction over this matter pursuant to 28 USC § 1332 as:

    a. The parties' principle place of business are in separate states; and

    b. There is greater than $75,000 at issue.

4. Venue is proper as the agreement between the parties provides that Miami-Dade County, Florida is the exclusive venue to pursue legal matters arising out of the agreement between the parties.

## GENERAL ALLEGATIONS

5. Plaintiff is a Federal Aviation Administration Qualified Certification consultant that has been in operation for 17 years, which, among other services, advises and assists airlines with developing manuals, and implementing procedures for Federal Aviation Administration compliance both domestically and internationally.

6. Defendant operates a United States Certified Airline both domestically and internationally.

7. On or about August 25, 2015, Plaintiff and Defendant entered into a written agreement for Plaintiff to provide Defendant with various consulting services. A copy of the agreement is attached hereto as "Exhibit A."

8. Pursuant to the Agreement, Plaintiff rendered consulting services to Defendant.

9. Defendant has failed to pay for services rendered and owes Plaintiff a principle amount of $151,249.85, plus interest, costs, and attorney's fees. A copy of the account statement is attached hereto as "Exhibit B."

10. Defendant refused all attempts from Plaintiff to request payment and, to date, Defendant has failed to pay for the product and services rendered by Plaintiff.

11. The agreement between the parties provides for attorney's fees and Plaintiff incurred expenses to retain the undersigned to pursue legal action against Defendant to recover the outstanding debt.

12. All conditions precedent to the bringing of this action have been performed or have occurred.

## COUNT I
## BREACH OF CONTRACT

13. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 12 herein.

14. Plaintiff and Defendant entered an agreement, as aforementioned, and consulting services have been rendered to Defendant as agreed.

15. In fact, Defendant was so satisfied with the work product rendered by Plaintiff that Defendant repeatedly enlarged the scope of work requested.

16. Pursuant to the agreement between the parties, Defendant was required to pay Plaintiff $30,000 per month until the outstanding debt was paid in full.

17. Defendant stopped making payments to Plaintiff in May of 2016, without explanation or a complaint concerning Plaintiff's work product.

18. Plaintiff repeatedly demanded payment from Defendant, without response.

19. Plaintiff has been damaged as Defendant now owes Plaintiff the sum of $151,249.85, plus attorney's fees and costs, as provided for in the contract between the parties.

20. WHEREFORE Plaintiff demands Judgment against Defendant in the sum of $151,249.85, plus attorney's fees, court costs, and any further relief that this Honorable Court deems just and proper.

## COUNT II
## UNJUST ENRICHMENT

21. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 12 herein.

22. Plaintiff conferred a benefit to Defendant by supplying consulting services at the request of Defendant.

23. Defendant was conferred a benefit as a result of the product and services provided, is aware of same and has accepted the benefits conferred by Plaintiff.

24. Despite the agreement executed between the parties and repeated demands by Plaintiff, Defendant failed to remit payment in full for the product and services rendered and it would be inequitable for Defendant to retain the benefit without paying fair value for it.

25. Defendant owes Plaintiff an outstanding balance in the amount of $151,249.85, plus attorney's fees and costs.

WHEREFORE Plaintiff demands Judgment against Defendant in the sum of $151,249.85, plus attorney's fees, court costs, and any further relief that this Honorable Court deems just and proper.

Respectfully submitted,

/s/ Adam M. Ludwin
Adam M. Ludwin, Esq.
Florida Bar No: 101742
Ludwin Law Group, P.A.
1732 S. Congress Ave., Suite 326
Palm Springs, FL 33461
561-613-7392
Primary Email: adam@ludwinlaw.com